STATE OF NEW JERSEY v. DARYL HOUSEMAN.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER SAXTON.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR A. PERELLA.

March 27, 1984.

Petition for certification denied.

DOUGLAS WILLIAMS v. HELEN MARSHALL.

March 27, 1984.

Petition for certification denied.

WARREN E. WARD v. STATE OF NEW JERSEY.

March 27, 1984.

Petition for certification denied.